UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOMINIC J. LAUTIERI
    *Plaintiff,*

v.                                                               C.A. No. 1:21-cv-00117-WES-PAS

THE TOWN OF PORTSMOUTH,
Et al.
    *Defendants.*

## **DISMISSAL STIPULATION**

Now come the Parties and hereby agree that the cause of action brought by Dominic J. Lautieri as Plaintiff against Defendants, the Town of Portsmouth, by and through its Finance Director, Lisa M. Lasky ("Defendants'") is hereby dismissed with prejudice, with no interest or costs to any party.

| | |
|---|---|
| Plaintiff,<br>By his Attorney, | Defendants,<br>By their Attorney, |
| */s/ Edward C. Roy*<br>Edward C. Roy, Esq. (#)<br>577 Tiogue Avenue, 2nd Floor<br>Coventry, RI 02816<br>(401) 823-0488<br>Edward_Roy@hotmail.com | */s/ Marc DeSisto*<br>Marc DeSisto, Esq. (#9473)<br>DESISTO LAW LLC<br>60 Ship Street<br>Providence, RI 02903<br>(401) 272-4442<br>marc@desistolaw.com |
| Dated: January 12, 2022 | Dated: January 12, 2022 |

Defendants,
By their Attorney,

*/s/ Peter Skwirz*
Peter F. Skwirz, Esq. (#8809)
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903
(401) 331-2222
peteskwirz@utrlaw.com

Dated: January 12, 2022